**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: December 1, 2017**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:  
HERMINIO RIOS  
ANGELICA RIOS  

Case No.: 18-14229  
Judge: VFP  

Debtor(s)

### Chapter 13 Plan and Motions

☐ Original           ☒ Modified/Notice Required           Date: 8/19/2018  
☐ Motions Included   ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: AE        Initial Debtor: HR        Initial Co-Debtor: AR

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ __600.00__ per __Month__ to the Chapter 13 Trustee, starting on __3/1/2018__ for approximately __60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐    Sale of real property
Description:
Proposed date for completion: _____

☐    Refinance of real property:
Description:
Proposed date for completion: _____

☐    Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection  ☒ NONE**

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.   All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ |
| DOMESTIC SUPPORT OBLIGATION | | |
| Internal Revenue Service | Gov't Tax Claim | $0.00 |
| State of New Jersey | Gov't Tax Claim | $4,564.38 |

b.   Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

| Part 4: | Secured Claims |
|---|---|

**a. Curing Default and Maintaining Payments on Principal Residence:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:
Toyota Motor Credit Corporation

| g. Secured Claims to be Paid in Full Through the Plan: ☒ NONE |||
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|  |  |  |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:**   **Motions**  ☒ **NONE**

**NOTE:** All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Gov't Tax Claim
3) General Unsecured Creditors
4) _____

**d. Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

| Part 9: | Modification ☒ NONE |
|---|---|

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| | |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

| Part 10: | Non-Standard Provision(s): Signatures Required |
|---|---|

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 8/19/2018                             /s/ Antonio R Espinosa
                                            Attorney for the Debtor

Date: 8/19/2018                             /s/ Hermino Rios
                                            Debtor

Date: 8/19/2018                             /s/ Angelica Rios
                                            Joint Debtor

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 8/19/2018

/s/ Antonio R Espinosa
Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 8/19/2018

/s/ Herminio Rios
Debtor

Date: 8/19/2018

/s/ Angelica Rios
Joint Debtor

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                          Case No. 18-14229-VFP
Herminio Rios                                                   Chapter 13
Angelica Rios
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin               Page 1 of 2                   Date Rcvd: Aug 27, 2018
                             Form ID: pdf901           Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.
db/jdb         +Herminio Rios,    Angelica Rios,    315 West Grand Street,    Apt. LL,    Elizabeth, NJ 07202-1269
517367477      +ADT Security Services,    1 Town Center Rd.,    Boca Raton, FL 33486-1039
517367478      +Amex,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
517367480     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    P.O. Box 982238,    El Paso, TX 79998)
517419211       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517367485      +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
517367486      +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
517434331      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
517367487      +Discover Bank,    c/o Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517367488      +Discover Card Svcs,    c/o Pressler & Pressler LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517367491      +Dsnb Macys,    P.O. Box 8218,    Mason, OH 45040-8218
517367492      +Exxmblciti,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
517367497       Mazda Capital Services,    c/o Chase,    P.O. Box 78069,    Phoenix, AZ 85062-8069
517367499      +Midland Funding, LLP-Synchrony Bank,    c/o Pressler & Pressler LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517722509      +New Jersey Manufacturers Insurance Group,    301 Sullivan Way,    West Trenton, NJ 08628-3496
517367500      +Office of New Jersey Attorney General,    P.O. Box 080,    Trenton, NJ 08625-0080
517518075     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517367501      +Sears/Cbna,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
517367502      +State of New Jersey,    Division of Taxation,    P.O. Box 046,    Trenton, NJ 08601-0046
517367504      +Synchrony Bank,    c/o Midland Funding, LLP,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
517430763      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517367507      +U.S. Attorney General,    950 Pennyslvania Avenue N.E.,    Washington, DC 20530-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 27 2018 23:19:49     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2018 23:19:48      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517380974       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 27 2018 23:19:51
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
517367481       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2018 23:15:42     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517467810       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2018 23:15:42
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517367484      +E-mail/Text: bankruptcy@cavps.com Aug 27 2018 23:19:53     Cavalry Portfolio Serv,
                 P.O. Box 27288,    Tempe, AZ 85285-7288
517395366      +E-mail/Text: bankruptcy@cavps.com Aug 27 2018 23:19:53     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517379401       E-mail/Text: mrdiscen@discover.com Aug 27 2018 23:19:32     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517367489      +E-mail/Text: mrdiscen@discover.com Aug 27 2018 23:19:32     Discover Fin Svcs Llc,
                 P.O. Box 15316,    Wilmington, DE 19850-5316
517367494      +E-mail/Text: cio.bncmail@irs.gov Aug 27 2018 23:19:39     Internal Revenue Service,
                 Attn: Bankruptcy Department,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517493710      +E-mail/Text: bk.notifications@jpmchase.com Aug 27 2018 23:19:45     JPMorgan Chase Bank, N.A.,
                 PO Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
517367495      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 27 2018 23:19:34     Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517519301       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2018 23:26:33
                 LVNV Funding, LLC its successors and assigns as,    assignee of LendingClub Corporation,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517519421       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 27 2018 23:26:33
                 LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517367496      +E-mail/Text: bk@lendingclub.com Aug 27 2018 23:19:56     Lending Club Corp,    71 Stevenson St,
                 San Francisco, CA 94105-2985
517367498      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2018 23:19:47     Midland Funding,
                 c/o Synchrony Bank-Amazon,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517400930      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2018 23:19:47     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517437012       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2018 23:16:10
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,    Norfolk VA 23541
517511989       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2018 23:26:25
                 Portfolio Recovery Associates, LLC,    c/o DRESS BARN,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Aug 27, 2018
                              Form ID: pdf901          Total Noticed: 49


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517521060       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2018 23:16:10
                 Portfolio Recovery Associates, LLC,    c/o Exxonmobil,    POB 41067,   Norfolk VA 23541
517466123       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2018 23:26:25
                 Portfolio Recovery Associates, LLC,    c/o Sears Card,    POB 41067,   Norfolk VA 23541
517467692       E-mail/Text: bnc-quantum@quantum3group.com Aug 27 2018 23:19:46
                 Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
517490551       E-mail/Text: bnc-quantum@quantum3group.com Aug 27 2018 23:19:46
                 Quantum3 Group LLC as agent for,    Velocity Investments LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
517467691       E-mail/Text: bnc-quantum@quantum3group.com Aug 27 2018 23:19:46
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
517367503      +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2018 23:15:55     Syncb/JCP,    P.O. Box 965007,
                 Orlando, FL 32896-5007
517483557      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2018 23:26:33      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517367508      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 27 2018 23:19:58      Webbank/Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517367493*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court: Honda Financial Services,    P.O. Box 65507,
                 Wilmington, DE 19808-0507)
517367479*      +Amex,   P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
517367482*     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
517367483*     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
517367490*      +Discover Fin Svcs Llc,    P.O. Box 15316,   Wilmington, DE 19850-5316
517367505*      +Synchrony Bank,    c/o Midland Funding, LLP,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
517367506*      +Synchrony Bank,    c/o Midland Funding, LLP,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
                                                                                         TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2018 at the address(es) listed below:
          Antonio R. Espinosa    on behalf of Joint Debtor Angelica  Rios Andespbk@gmail.com
          Antonio R. Espinosa    on behalf of Debtor Herminio  Rios Andespbk@gmail.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corp. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corp. kmcdonald@blankrome.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```