| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2 (c)<br>Antonio R. Espinosa  0016211979<br>**ANDRIL & ESPINOSA, LLC.**<br>534 Westfield Avenue,<br>Elizabeth, NJ 07208<br>(908) 558-0100<br>Attorneys for Debtor<br>andespbk@gmail.com | Case No.: 18-14229-VFP<br>CHAPTER 13<br><br>Judge: Hon. Vincent F. Papalia |
| In Re:<br><br>HERMINIO RIOS and<br>ANGELICA RIOS<br><br>          DEBTORS. | Objection Deadline:<br><br>Hearing Date:   August 15, 2019 & 10:30AM |

*Order Filed on August 23, 2019*
*by Clerk*
*U.S. Bankruptcy Court*
*District of New Jersey*

## ORDER

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: August 23, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

1. The Court hereby authorizes Geico to release the sum of $2,754.23 to the Debtors.