

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c)<br>Antonio R. Espinosa  0016211979<br>**ANDRIL & ESPINOSA, LLC.**<br>534 Westfield Avenue,<br>Elizabeth, NJ 07208<br>(908) 558-0100<br>Attorneys for Debtor<br>andespbk@gmail.com |
| In Re:<br><br>HERMINIO RIOS and<br>ANGELICA RIOS<br><br>                    DEBTORS. |

Case No.: 18-14229-VFP

Order Filed on August 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CHAPTER 13

Judge: Hon. Vincent F. Papalia

Objection Deadline:

Hearing Date:   August 15, 2019 & 10:30AM


## ORDER

The relief set forth on the following page, numbered two (2), is hereby ORDERED.


**DATED: August 23, 2019**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

1

1. The Court hereby authorizes Geico to release the sum of $2,754.23 to the Debtors.

United States Bankruptcy Court
District of New Jersey

In re:
Herminio Rios
Angelica Rios
    Debtors

Case No. 18-14229-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 23, 2019
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2019.
db/jdb     +Herminio Rios,   Angelica Rios,   315 West Grand Street,   Apt. LL,   Elizabeth, NJ 07202-1269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2019 at the address(es) listed below:
    Antonio R. Espinosa    on behalf of Joint Debtor Angelica  Rios Andespbk@gmail.com
    Antonio R. Espinosa    on behalf of Debtor Herminio  Rios Andespbk@gmail.com
    Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corp. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corp. kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
    Marie-Ann  Greenberg    magecf@magtrustee.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

     TOTAL: 6