| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>HERMINIO RIOS<br>ANGELICA RIOS |

Case No.: 18-14229

Adv. No.:

Hearing Date:  06/01/2023

Judge:  VFP

### CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/02/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
HERMINIO RIOS
ANGELICA RIOS
315 WEST GRAND STREET
APT. LL
ELIZABETH, NJ  07202
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ANTONIO R. ESPINOSA
ANDRIL & ESPINOSA
534 WESTFIELD AVE
ELIZABETH, NJ  07208
Mode of Service:  ECF and/or Regular Mail

Dated:  May 02, 2023

By:  /S/  Keith Guarneri
Keith Guarneri