**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Herminio Rios<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6561<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Angelica Rios<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4678<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–14229–VFP

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Herminio Rios                                    Angelica Rios

   <u>7/10/23</u>                                   **By the court:** <u>Vincent F. Papalia</u>
                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                      Case No. 18-14229-VFP
Herminio Rios                                                                                                    Chapter 13
Angelica Rios
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                  User: admin                                     Page 1 of 4
Date Rcvd: Jul 10, 2023                     Form ID: 3180W                               Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol     Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Herminio Rios, Angelica Rios, 315 West Grand Street, Apt. LL, Elizabeth, NJ 07202-1269 |
| 517367477 | + | ADT Security Services, 1 Town Center Rd., Boca Raton, FL 33486-1039 |
| 517722509 | + | New Jersey Manufacturers Insurance Group, 301 Sullivan Way, West Trenton, NJ 08628-3496 |
| 517367500 | + | Office of New Jersey Attorney General, P.O. Box 080, Trenton, NJ 08625-0080 |
| 517518075 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517367504 | + | Synchrony Bank, c/o Midland Funding, LLP, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 10 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 10 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517367493 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 10 2023 21:05:00 | Honda Financial Services, P.O. Box 65507, Wilmington, DE 19808-0507 |
| 517380974 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 10 2023 21:05:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517367478 | + | Email/PDF: bncnotices@becket-lee.com | Jul 10 2023 21:18:05 | Amex, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517367480 | + | EDI: BANKAMER.COM | Jul 11 2023 00:55:00 | Bk Of Amer, P.O. Box 982238, El Paso, TX 79998-2238 |
| 517367481 | | EDI: CAPITALONE.COM | Jul 11 2023 00:55:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517467810 | | EDI: CAPITALONE.COM | Jul 11 2023 00:55:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517419211 | | Email/PDF: bncnotices@becket-lee.com | Jul 10 2023 21:07:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517367484 | + | Email/Text: bankruptcy@cavps.com | Jul 10 2023 21:05:00 | Cavalry Portfolio Serv, P.O. Box 27288, Tempe, AZ 85285-7288 |
| 517395366 | + | Email/Text: bankruptcy@cavps.com | Jul 10 2023 21:05:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517367486 | + | EDI: CITICORP.COM | Jul 11 2023 00:55:00 | Citi, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 517434331 | + | EDI: CITICORP.COM | | |

Case 18-14229-VFP    Doc 56    Filed 07/12/23    Entered 07/13/23 00:15:29    Desc Imaged
                               Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 10, 2023 | Form ID: 3180W | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 11 2023 00:55:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517367491 | + | EDI: CITICORP.COM | | |
| 517984723 | | EDI: Q3G.COM | Jul 11 2023 00:55:00 | Dsnb Macys, P.O. Box 8218, Mason, OH 45040 |
| | | | Jul 11 2023 00:55:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517379401 | | EDI: DISCOVER.COM | | |
| | | | Jul 11 2023 00:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517367488 | + | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Jul 10 2023 21:04:00 | Discover Card Svcs, c/o Pressler & Pressler LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517367489 | + | EDI: DISCOVER.COM | | |
| | | | Jul 11 2023 00:55:00 | Discover Fin Svcs Llc, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 517367492 | + | EDI: CITICORP.COM | | |
| | | | Jul 11 2023 00:55:00 | Exxmblciti, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 517367494 | + | EDI: IRS.COM | | |
| | | | Jul 11 2023 00:55:00 | Internal Revenue Service, Attn: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517367485 | | EDI: JPMORGANCHASE | | |
| | | | Jul 11 2023 00:55:00 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 517493710 | | EDI: JPMORGANCHASE | | |
| | | | Jul 11 2023 00:55:00 | JPMorgan Chase Bank, N.A., PO Box 29505 AZ1-1191, Phoenix, AZ 85038 |
| 517367495 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Jul 10 2023 21:04:00 | Kohls/Capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517519301 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 10 2023 21:07:14 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517519421 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jul 10 2023 21:07:39 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517367496 | + | EDI: LENDNGCLUB | | |
| | | | Jul 11 2023 00:55:00 | Lending Club Corp, 71 Stevenson St, San Francisco, CA 94105-2934 |
| 517367497 | | EDI: JPMORGANCHASE | | |
| | | | Jul 11 2023 00:55:00 | Mazda Capital Services, c/o Chase, P.O. Box 78069, Phoenix, AZ 85062-8069 |
| 517367498 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jul 10 2023 21:05:00 | Midland Funding, c/o Synchrony Bank-Amazon, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 517400930 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jul 10 2023 21:05:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517367499 | + | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Jul 10 2023 21:04:00 | Midland Funding, LLP-Synchrony Bank, c/o Pressler & Pressler LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517437012 | | EDI: PRA.COM | | |
| | | | Jul 11 2023 00:55:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 517511989 | | EDI: PRA.COM | | |
| | | | Jul 11 2023 00:55:00 | Portfolio Recovery Associates, LLC, c/o DRESS BARN, POB 41067, Norfolk VA 23541 |
| 517521060 | | EDI: PRA.COM | | |
| | | | Jul 11 2023 00:55:00 | Portfolio Recovery Associates, LLC, c/o Exxonmobil, POB 41067, Norfolk VA 23541 |
| 517466123 | | EDI: PRA.COM | | |
| | | | Jul 11 2023 00:55:00 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 517367487 | | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Jul 10 2023 21:04:00 | Discover Bank, c/o Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 517467691 | | EDI: Q3G.COM | | |

Case 18-14229-VFP    Doc 56    Filed 07/12/23    Entered 07/13/23 00:15:29    Desc Imaged
                              Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 10, 2023 | Form ID: 3180W | Total Noticed: 51 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 11 2023 00:55:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517467692 | | EDI: Q3G.COM | Jul 11 2023 00:55:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 517490551 | | EDI: Q3G.COM | Jul 11 2023 00:55:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517367501 | + | EDI: CITICORP.COM | Jul 11 2023 00:55:00 | Sears/Cbna, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 517367502 | ^ | MEBN | Jul 10 2023 20:59:23 | State of New Jersey, Division of Taxation, P.O. Box 046, Trenton, NJ 08601-0046 |
| 517367503 | + | EDI: RMSC.COM | Jul 11 2023 00:55:00 | Syncb/JCP, P.O. Box 965007, Orlando, FL 32896-5007 |
| 517430763 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 10 2023 21:04:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517367507 | ^ | MEBN | Jul 10 2023 20:58:24 | U.S. Attorney General, 950 Pennyslvania Avenue N.E., Washington, DC 20530-0001 |
| 517483557 | + | EDI: AIS.COM | Jul 11 2023 00:55:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517367508 | + | EDI: BLUESTEM | Jul 11 2023 00:55:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517367479 | *+ | Amex, P.O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517367482 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517367483 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517367490 | *+ | Discover Fin Svcs Llc, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 517367505 | *+ | Synchrony Bank, c/o Midland Funding, LLP, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517367506 | *+ | Synchrony Bank, c/o Midland Funding, LLP, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 12, 2023    Signature:    /s/Gustava Winters

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Jul 10, 2023 | Form ID: 3180W | Total Noticed: 51

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Antonio R. Espinosa | on behalf of Joint Debtor Angelica Rios Andespbk@gmail.com |
| Antonio R. Espinosa | on behalf of Debtor Herminio Rios Andespbk@gmail.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corp. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corp. kmcdonald@blankrome.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6